**CANTRELL v. MAYO.**

No. 12677.

United States Court of Appeals Fifth Circuit.

March 24, 1949.

Charles Cantrell, in pro. per.

Richard W. Ervin, Atty. Gen., of Florida and Reeves Bowen, Asst. Atty. Gen., of Florida, for respondent.

Before SIBLEY, McCORD and WALLER, Circuit Judges.

PER CURIAM.

The applicant for the writ of habeas corpus not having exhausted his remedies in the State courts, the District Judge properly declined to interfere. Ex parte Hawk, 321 U.S. 114, 116, 64 S.Ct. 448, 88 L.Ed. 572; Wade v. Mayo, 334 U.S. 672, 681, 68 S.Ct. 1270.

Judgment affirmed.